UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDINGS AND ORDER

SHAWN SIMMONS,

        Plaintiff,

v.

CITY OF CLEVELAND, *et al.*,

        Defendants.

CASE NO: 1:24-cv-2155

DISTRICT JUDGE
J. PHILIP CALABRESE

MAGISTRATE JUDGE
JAMES E. GRIMES JR.

PROCEEDINGS:

On June 25, 2025, at 10:00 a.m., I held a mediation conference in this matter. Present were Plaintiff Shawn Simmons, and Plaintiff's attorney Avery S. Friedman. Also present were Defendant Orlando Wheeler and, on behalf of the City of Cleveland, Chief Trial Counsel for the City of Cleveland, Elena Boop, along with attorneys Acadia E. Palocko, Caroline E. Lettrich, and Tiffany C. Fischbach.

The parties agreed to settle this matter for an agreed sum. Defendants agreed to make payment within 45 days of the mediation. Plaintiff will dismiss the action within two weeks after receipt of the payment. The parties agree that the Court should retain jurisdiction to enforce the terms of their agreement.

IT IS SO ORDERED.

Time: 4 hours

Dated: June 25, 2025

      */s/ James E. Grimes Jr.*
      James E. Grimes Jr.
      U.S. Magistrate Judge