IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN SIMMONS, | ) | Case Number 24-cv-02155 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| -vs- | ) | MAG. JUDGE JAMES E. GRIMES, JR. |
| | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| CITY OF CLEVELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, Plaintiff, SHAWN SIMMONS, by and through his undersigned counsel, hereby submits a NOTICE OF DISMISSAL with prejudice arising out of settlement among the parties. Settlement payment has been made.

*Avery Friedman*
AVERY FRIEDMAN (0006103)
Attorney at Law
910 The IMG Building
1360 East Ninth Street
Cleveland, OH 44114
T: 216.621.9283
E: avery@lawfriedman.com

Attorney for Plaintiff
   Shawn Simmons

## CERTIFICATE OF SERVICE

I, Avery Friedman, attorney for the plaintiff, hereby certify that the foregoing NOTICE OF DISMISSAL was sent to all counsel of record through the court's EM/ECF system on this 28th day of August, 2025.

*Avery Friedman*
AVERY FRIEDMAN